UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>Karina Beleno-Carney,<br><br>    Debtor | CHAPTER 13<br>CASE NO. 20-40723-CJP |
| Karina Beleno-Carney,<br><br>    Plaintiff<br><br>vs.<br><br>Nelnet, College Assist,<br>Internal Revenue Service and<br>Massachusetts Department of Revenue,<br><br>    Defendants | ADVERSARY PROCEEDING<br>NO. 20-04039-CJP |

## MOTION BY EDUCATIONAL CREDIT MANAGEMENT CORPORATION TO BE SUBSTITUTED AS DEFENDANT IN PLACE OF COLLEGE ASSIST

NOW COMES Educational Credit Management Corporation ("ECMC") and requests that it be substituted as defendant in place of College Assist. In support hereof ECMC states as follows:

1. ECMC is a private, nonprofit corporation and a student loan guarantor agency under the Federal Family Education Loan Program. See 20 U.S.C. § 1071, et seq.

2. The defendant, College Assist, a student loan guarantor agency, is in the process of assigning to ECMC all of the federal student loan debt of the Debtor held by College Assist. The said student loan debt is a federal consolidation student loan with an approximate outstanding balance in the amount of $189,363.

3. The answer for College Assist is due to be filed by today, November 5, 2020.

4. Based upon the said assignment of the Debtor's student loan debt ECMC will be the guarantor and the sole holder of all right, title and interest in the said student loan debt of the Debtor held by College Assist.

5. As College Assist is transferring said student loan to ECMC, ECMC submits that it should be substituted as defendant in place of College Assist to ensure that there is a full and complete adjudication of the Debtor's obligations on her student loan debt.

6. Contemporaneous with the filing of this motion ECMC is also filing an answer to the Debtor's amended complaint.

WHEREFORE, ECMC requests that the following relief be granted:

A. That this Court allow Educational Credit Management Corporation to be substituted as defendant in place of College Assist; and

B. All other relief that this Court deems to be just and reasonable.


Respectfully submitted,
Educational Credit Management Corporation
By its attorney,

  /s/ John F. White
John F. White, Esq. BBO# 558367
jwhite@lipmanwhite.com
Lipman & White
171 Rockland Street, Ste. 201
Hanover, MA 02339
Tel. 617-328-5600

Dated:  November 5, 2020

**CERTIFICATE OF SERVICE**

I, John F. White, Esq., hereby certify that I have served a copy of this MOTION BY EDUCATIONAL CREDIT MANAGEMENT CORPORATION TO BE SUBSTITUTED AS DEFENDANT IN PLACE OF COLLEGE ASSIST on the below as noted on November 5, 2020.

                                        /s/ John F. White

Via ECF

Gary W. Cruickshank, Esq.
Law Office of Gary W. Cruickshank
21 Custom House Street, Suite 920
Boston, MA 02110
Email: gwc@cruickshank-law.com

Martin Saulen, Esq.
MA Dept of Revenue - Litigation Bureau
100 Cambridge Street, 7th Floor
Boston, MA 02114-9565
Email: saulenm@dor.state.ma.us

Via first class mail, all postage prepaid:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Nelnet
121 South 13th Street, Suite 100
Lincoln, NE 68508

College Assist
P.O. Box 82561
Lincoln, NE 68501